# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

Plaintiff,

v.  CASE NO. 22-M-6322-01-KGG

JOEL CYPERT,

Defendant.

# COMPLAINT

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

On or about April 1, 2022, in the District of Kansas, the defendant,

**JOEL CYPERT,**

did employ, use, persuade, induce, entice, and coerce Minor Victim 1 (born in 2011), a minor whose identity is known to law enforcement, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18 of the United States Code, Section 2251(a) and (e).

## COUNT 2

### Possession of Child Pornography
### [18 U.S.C. 2252A(a)(5)(B)]

On or about April 13, 2022, in the District of Kansas, the defendant,

### JOEL CYPERT,

knowingly possessed any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

I further state that I am a Special Agent with the United States Department of Homeland Security, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

_____
TRAVIS PUTRAH
Special Agent
U.S. Department of Homeland Security

Subscribed and sworn before me this 18th day of November, 2022.

_____
THE HONORABLE KENNETH GALE
United States Magistrate Judge

2

## **PENALTIES**

**Count 1 – Production of Child Pornography**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years. If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life.18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An additional assessment of not more than $50,000.00. 18 U.S.C. §2259A(a)(3).

**Count 2 – Possession of Child Pornography**

- Punishable by a term of imprisonment of not more than twenty years (20) years. If such person has a prior conviction under chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than ten (10) years nor more than twenty (20) years. 18 U.S.C. § 2252A(b)(2).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.00. 18 U.S.C. § 3571(b)(3).

3

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. §3014(a)(3)

- An assessment of not more than $17,000.00. 18 U.S.C. § 2259A(a)(1).

- An additional assessment of not more than $35,000.00.  18 U.S.C. §2259A(a)(2).

# AFFIDAVIT

1.     I, Travis Putrah, am a Special Agent ("SA") of the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), assigned to the Office of HSI Wichita, Kansas. This criminal complaint is based in part on information provided by the National Center for Missing & Exploited Children ("NCMEC"), Synchronoss Technologies, and other duly sworn law enforcement officers involved in the investigation.

2.     Between March 13, 2022 to March 23, 2022, Synchronoss Technologies made four reports to the NCMEC regarding the uploading of files containing child pornography to their cloud-based storage backup service[1].

3.     Wichita Police Department ("WPD") Detective Wright, who is assigned to the Kansas Internet Crimes Against Children (ICAC) Task Force, reviewed the four NCMEC CyberTipline reports, and the files provided to NCMEC by Synchronoss Technologies. The following observations were made during the review of those files:

- CyberTipline report 119563379 contained a "gif" extension image file of a prepubescent white female who is nude from the waist down. The minor aged female is lying back with her legs spread apart. The focus of the image being her exposed vaginal area. The minor female is touching her genitals with her finger. The file was uploaded by phone number 1-620-429-0164 on March 13, 2022 at 21:17:42 UTC

- CyberTipline report 120278261 contained two images files; one of a pubescent female nude from the waist down. The minor female is lying back on her

---

[1] Synchronoss Technologies is a cloud-based storage back up service that is available to Verizon Wireless customers who want to store photos, videos, and other digital files managed by Synchronoss Personal Cloud services.

stomach with her legs apart, the focus of the image is the minor female's vaginal area. The second image is a prepubescent white female subjected to oral copulation on an adult male's erect penis. Both files were uploaded by phone number 1-620-429-0164 on March 17, 2022, at 21:42:35 UTC.

- CyberTipline report 120887193 contained an image file of a prepubescent white female who is nude from the waist down. The minor female's arms are above her head and her legs are apart, with the focus of the image being her exposed vaginal area. The file was uploaded by phone number 1-620-429-0164 on March 23, 2022 at 21:11:07 UTC

- CyberTipline report 121190547 contained a "gif" extension image file of a prepubescent female subjected to oral copulation on an adult male's erect penis. The file was uploaded by phone number 1-620-429-0164 on March 28, 2022 at 21:09:06 UTC.

4. Subscriber data provided by Verizon for phone number 1-620-429-0164 returned to a Joel Cypert ("CYPERT"), with an address listed in Columbus, Kansas.

5. On or about April 13, 2022, Cherokee County Sheriff's Office executed a search warrant on Synchronoss Technologies for subscriber information and content associated with phone number 1-620-429-0164.

6. On or about April 13, 2022, Cherokee County Sheriff's Office executed a search warrant at CYPERT's residence in Columbus, Kansas. Also present was ICAC Det. Wright and Det. Mackey. During the execution of the search warrant, law enforcement officers encountered CYPERT at the entrance of the residence. CYPERT had a cellular telephone in his hand.

CYPERT stated that the phone was his new phone. Law enforcement officers secured CYPERT's cellular telephone.

7. On or about April 13, 2022, detectives conducted a post-Miranda interview with CYPERT at the Cherokee County Sheriff's Office. CYPERT denied being responsible for the uploading of child exploitation material and stated that his eight-year-old son had access to his phone. The interview ceased after CYPERT requested an attorney.

8. On or about April 19, 2022, ICAC's digital forensic unit ("DFU") executed a search warrant on CYPERT's cellular telephone. Detectives noted that telephone number 1-620-429-0164 had been assigned to the phone. A full file system data extraction was obtained from the device.

9. During a review of the cellular telephone, child exploitative material was located. Approximately twenty-one "gif" images, at least fifty images, at least twenty screenshots, and at least sixteen videos of interest were located. Det. Wright noted that all of the images provided by the CyberTipline were located on CYPERT's cellular telephone.

10. Additionally, investigators located approximately six nude image files of Minor Victim 1, a prepubescent minor child. In three of the images, the child is sitting on a brown couch with her legs spread apart, exposing the minor child's vagina, the focus of the image being on the child's genital area. Two of the images are close-up photos of Minor Victim 1's genital area, the focus of the image being the child's vagina. One image is a close-up of the child's chest, the focus of the image being on the child's underdeveloped breasts.

11. Det. Wright noted that the images appeared to be taken inside CYPERT's residence in Columbus, Kansas

12. Minor Victim 1 has been identified as a minor residing in Columbus, Kansas and would have been 10 years old at the time the images were taken.

13. Based on the foregoing facts, there is probable cause to find that Joel CYPERT, date of birth XX/XX/1987, residing in Columbus, Kansas, has engaged in violations of 18 U.S.C. §2251(a), Production of Child Pornography, in relation to Minor Victim 1, on or around April 1, 2022.

TRAVIS PUTRAH
Special Agent
U.S. Department of Homeland Security

Signed and sworn before me by telephone November 18, 2022.

Kenneth G. Gale USMJ